IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 5:13-cv-13-D |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VIJAY VELU, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered the UNITED STATES' MOTION FOR SUMMARY JUDGMENT, the Memorandum of Law, any opposition thereto, and the entire record of this proceeding, it is this 8 day of June, 2014, in Raleigh, North Carolina,

ORDERED that the United States' Motion for Summary Judgment is GRANTED;

ORDERED that judgment shall be issued against VIJAY VELU for the trust fund recovery penalty for the quarterly periods ending September 30, 1998, December 31, 1998, and March 31, 1999 in the amount of $150,716, as of December 2, 2013, plus interest and statutory additions accruing after that date according to law;

Entered in Raleigh, North Carolina this 8 day of June, 2014.

CHIEF JUDGE JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE