# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VIJAY VELU, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-13-D** |

**Decision by the Court:**

    IT IS ORDERED, ADJUDGED, AND DECREED that the Plaintiff's Motion for Summary Judgment is GRANTED, and that judgment is hereby entered against Defendant Vijay Velu for the trust fund recovery penalty for the quarterly periods ending September 30, 1998, December 31, 1998, and March 31, 1999 in the amount of $150,716, as of December 2, 2013, plus interest and statutory additions accruing after that date according to law.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JUNE 9, 2014** WITH A COPY TO:

Thomas J. Jaworski  (via CM/ECF electronic notification)
Charles Leighton Steel IV (via CM/ECF electronic notification)


| | |
|---|---|
| June 9, 2014<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/ Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina